**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MANIILAQ ASSOCIATION | ) | |
| | ) | |
| **Plaintiff** | ) | **Civ. No. 13-380(TFH)** |
| **v.** | ) | |
| | ) | |
| SYLVIA BURWELL, Secretary of the | ) | |
| Department of Health and Human Services, | ) | |
| et al, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. [17], is **GRANTED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. [21] is **DENIED**; and it is further

**ORDERED** that judgment is **ENTERED** in favor of Plaintiff Maniilaq Association and against Defendants Sylvia Burwell, in her official capacity as Secretary, Department of Health and Human Services; Yvette Roubideaux, in her official capacity as Director, Indian Health Service; and Christopher Mandregan, Jr., in his official capacity as Director, Alaska Area Native Health Service.

This is a final appealable order. This case is closed. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

August 22, 2014

_Thomas F. Hogan_
Thomas F. Hogan
Senior United States District Judge